**Thomas Hammen, d/b/a Hammen Electric Company, Plaintiff, v. Hansen & Werhane, Inc., Defendant, Third-Party Plaintiff and Appellee, v. Fidelity & Deposit Company of Maryland, Third-Party Defendant, Appellant.**

Gen. No. 68–35.

Third District.

February 7, 1969.

James L. Waring, of Ottawa, and Dent, Hampton & Doten, of Chicago, for appellant; White & Sinon, of Ottawa, for appellee. Opinion by JUSTICE ALLOY. Not to be published in full.